

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:20-MJ-00774 |
| Jeremy Anthony O'Canna | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing
is set for _____Tuesday, November 10_____ , _2020_____ , at _10:00_____ ☒a.m. / ☐p.m. before the
Honorable _Autumn D. Spaeth_____ , in Courtroom _10D_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: ___11/5/20_____

_____
U.S. ~~District Judge~~/Magistrate Judge
AUTUMN D. SPAETH